1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ANTHONY J. LEWIS (Cal. Bar No. 121825)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-1786
        Facsimile: (213) 894-6436
7       E-mail:    Anthony.lewis@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| MARTA BEATRIZ MASTRANGELO, | No. CV 14-3700-JFW |
|---|---|
| Petitioner, | NOTICE OF REASSIGNMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

     Respondent, United States of America, hereby advises the Court
that the above-captioned case has been reassigned to a new
Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Previously-Assigned AUSA | Diana L. Pauli | diana.pauli@usdoj.gov |
| Newly-Assigned AUSA | Anthony J. Lewis | Anthony.Lewis@usdoj.gov |

Please make all necessary changes to the court's Case Management/
Electronic Case Filing system to ensure that the newly assigned
AUSA's name is associated with this case as attorney of record for

the United States and that the newly-assigned AUSA receives all e-mails relating to filings in this case.

Dated: May 23, 2014                    Respectfully submitted,

                                       ANDRÉ BIROTTE JR.
                                       United States Attorney

                                       ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                              /s/
                                       ANTHYONY J. LEWIS
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA