JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA MASTRANGELO,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. **CV 14-3700-JFW**<br>            CR 13-0072-JFW<br><br>**ORDER DENYING PETITIONER'S MOTION UNDER 28 U.S.C § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY** |

    Petitioner Marta Mastrangelo's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody was decided without hearing on June 2, 2014. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

    IT IS HEREBY ORDERED that Petitioner Marta Mastrangelo's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody be DENIED.

    If the Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will

not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

Dated: June 2, 2014

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE