JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA MASTRANGELO, ) | Case No. **CV 14-3700-JFW** |
| ) | CR 13-0072-JFW |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's June 2, 2014 Order denying Petitioner Marta Mastrangelo's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: June 2, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE